FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2026

SEAN F. McAVOY, CLERK

Todd Blanche
Deputy Attorney General of the United States
Nowles H. Heinrich
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH HENRY STONEROAD,<br><br>Defendant. | 2:26-CR-20-TOR<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 111(a)(1)<br>Assault on a Federal Officer and Employee |

The Grand Jury charges:

On or about December 17, 2025, in the Eastern District of Washington, the Defendant, JEREMIAH HENRY STONEROAD, did forcibly assault, with physical contact, C.F., while C.F. was employed as a Special Law Enforcement Commissioned Officer with the Bureau of Indian Affairs and a Tribal Police Officer with the Colville Tribal Police Department, while C.F. was engaged in and

///

INDICTMENT – 1

on account of the performance of his official duties, in violation of 18 U.S.C. § 111(a)(1).

DATED this 5 day of February, 2026.

Todd Blanche
Deputy Attorney General

*Alison Gregoire* (signature)
Alison Gregoire
Criminal Chief

*Nowles H. H.* (signature)
Nowles H. Heinrich
Assistant United States Attorney

INDICTMENT – 2